**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Scott K. AKERS, Defendant–Appellant.**

No. 06–10038.

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted Nov. 14, 2006.

Filed April 13, 2007.

Matthew D. Segal, Esq., USSAC–Office of the U.S. Attorney, Sacramento, CA, for Plaintiff–Appellee.

Joseph J. Wiseman, Esq., Joseph J. Wiseman, P.C., Sacramento, CA, for Defendant–Appellant.

Before: SCHROEDER, Chief Circuit Judge, FARRIS and RAWLINSON, Circuit Judges.

MEMORANDUM *

The district court did not abuse its discretion in denying Appellant Scott Akers' (Akers) request for an evidentiary hearing. An evidentiary hearing was unwarranted because Akers' motion to suppress failed to "allege facts with sufficient definiteness, clarity, and specificity to enable the trial court to conclude that contested issues of fact exist." *United States v. Howell*, 231

of this circuit except as provided by 9th Cir. R. 36–3.

F.3d 615, 620 (9th Cir.2000) (citations omitted).

**AFFIRMED.**